**FILED**
June 18, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:14-mj-00132-KJN |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| ROBERT MCGEE, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Robert McGee</u>; Case <u>2:14-mj-00132-KJN</u> from custody and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    _X_    Unsecured Appearance Bond in the amount of <u>$50,000.00</u>, co-signed by defendant's wife Deborah McGee

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond secured by Real Property

    ___    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial Supervision/Conditions; defendant to be released on 6/19/2014 at 9:00 AM to the custody of Pretrial Services.</u>

Issued at <u>Sacramento, CA</u> on <u>6/18/2014</u> at 2:30 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge