1  Philip Cozens, State Bar Number 84051
2  1007 Seventh Street, Suite 500
3  Sacramento, CA   95814
4
5  Telephone: (916) 443-1504
6
7  Fax: (916) 443-1511
8  Email: pcozens@aol.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-173 JAM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION RE STATUS |
| | ) | CONFERENCE AND |
| v. | ) | ORDER |
| | ) | |
| ROBERT MCGEE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Kyle Reardon, Esq. and Defendant Robert McGee through his attorney Philip Cozens, Esq., that:

The Status Conference currently scheduled for September 23, at 9:30 a.m. in Judge Mendez's Court be re-scheduled for October 7, 2014 at 9:30 a.m. in Judge Mendez's Court. The stipulated continuance is necessary because Defendant Robert McGee's attorney is engaged in a trial in Department 9 of the Superior Court of California, County of El Dorado and unavailable to appear in the United States District Court.  Defendant's attorney emailed the Assistant United States Attorney and received an email from his assistant that Assistant United States Attorney Reardon would be available on October 7, 2014 for Status Conference.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.

1  Time should be excluded from speedy trial calculations from September 23, 2014 through and
2  including October 7, 2014.
3       It is so stipulated.
4  Dated: June 20, 2013                    /s/ Kyle Reardon, Esq._____
5                                          Kyle Reardon, Esq.
6                                          Assistant United States Attorney
7                                          Eastern District of California
8
9                                          /s/ Philip Cozens_____
10                                         Philip Cozens
11                                         Attorney for Defendant Robert McGee

## ORDER

13       The court, having read and considered the above-stipulation and finding good
14  cause therefore, orders that the Status Conference currently scheduled for September 23, 2014
15  at 9:30 a.m. in Judge Mendez's Court be re-scheduled for October 7, 2014 at 9:30 a.m. in Judge
16  Mendez's Court.  Time is excluded for defense attorney preparation pursuant to Local Code T4
17  and the court finds the ends of justice outweigh the Defendant's and the  public's interest in a
18  speedy trial.  Time will be excluded from speedy trial calculations from September 23, 2014
19  through and including October 7, 2014.
20  Dated: 9/19/2014
21
22                                          /s/ John A. Mendez_____
23                                          John A. Mendez
24                                          United States District Court Judge
25                                          Eastern District of California
26