1   Philip Cozens, State Bar Number 84051
2   1007 Seventh Street, Suite 500
3   Sacramento, CA   95814
4
5   Telephone: (916) 443-1504
6
7   Fax: (916) 443-1511
8   Email: pcozens@aol.com
9
10
11
12              IN THE UNITED STATES DISTRICT COURT
13
14              EASTERN DISTRICT OF CALIFORNIA
15
16   UNITED STATES OF AMERICA,        )     Case No. 2:14-CR-173 JAM
17                                    )
18          Plaintiff,                )     STIPULATION RE STATUS
19                                    )     CONFERENCE AND
20          v.                        )     ORDER
21                                    )
22   ROBERT MCGEE,                    )
23                                    )
24          Defendant.                )
25   _____ )

26          It is stipulated between the United States Attorney's Office for the Eastern District of

27   California by Assistant United States Attorney Sheri Haus, Esq. and Defendant Robert McGee

28   through his attorney Philip Cozens, Esq., that:

29          The Status Conference currently scheduled for April 14, 2015 at 9:15 a.m. in Judge

30   Mendez's Court be re-scheduled for May 5, 2015 at 9:15 a.m. in Judge Mendez's Court.  The

31   stipulated continuance is necessary because Defendant Robert McGee's attorney is engaged in

32   a trial in Department 2 of the Superior Court of California, County of Glenn and unavailable to

33   appear in the United States District Court.  Defendant's attorney emailed the Assistant United

34   States Attorney.

35          Time should be excluded for defense attorney preparation pursuant to Local Code T4

36   and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.

1   Time should be excluded from speedy trial calculations from April 14, 2015 2014 through and

2   including May 5, 2015.

3         It is so stipulated.

4   Dated: April 10, 2015                    /s/ Sheri Haus, Esq._____

5                                            Sheri Haus, Esq.

6                                            Assistant United States Attorney

7                                            Eastern District of California

8

9                                            /s/ Philip Cozens_____

10                                           Philip Cozens

11                                           Attorney for Defendant Robert McGee

12                                    **ORDER**

13          The court, having read and considered the above-stipulation and finding good

14  cause therefore, orders that the Status Conference currently scheduled for April 14, 2015 2014

15  at 9:15 a.m. in Judge Mendez's Court be re-scheduled for May 5, 2015 at 9:15 a.m. in Judge

16  Mendez's Court.  Time is excluded for defense attorney preparation pursuant to Local Code T4

17  and the court finds the ends of justice outweigh the Defendant's and the  public's interest in a

18  speedy trial.  Time will be excluded from speedy trial calculations from April 14, 2015 2014

19  through and including May 5, 2015.

20  Dated:  4/10/2015

21

22                                           /s/ John A. Mendez_____

23                                           John A. Mendez

24                                           United States District Court Judge

25                                           Eastern District of California

26

---

STIPULATION RE STATUS CONFERENCE AND PROPOSED ORDER                    Page 2