Philip Cozens, State Bar Number 84051
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504

Fax: (916) 443-1511
Email: pcozens@aol.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-173 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION RE STATUS |
| | ) | CONFERENCE AND |
| v. | ) | ORDER |
| | ) | |
| ROBERT MCGEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Sheri Haus, Esq. and Defendant Robert McGee through his attorney Philip Cozens, Esq., that:

The Status Conference currently scheduled for June 16, 2015 at 9:15 a.m. in Judge Mendez's Court be re-scheduled for July 21, 2015 at 9:15 a.m. in Judge Mendez's Court.  The stipulated continuance is necessary because Defendant Robert McGee's attorney is engaged in back-to-back trials in Superior Court of California, County of Sacramento and unavailable to appear in the United States District Court.  Defendant's attorney discussed his unavailability with the Assistant United States Attorney.  They agreed that the Assistant United States Attorney would prepare a plea agreement prior to the next court appearance.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.

1 Time should be excluded from speedy trial calculations from June 16, 2015 through and
2 including July 21, 2015.
3     It is so stipulated.
4 Dated: June 12, 2015                    /s/ Sheri Haus, Esq._____
5                                         Sheri Haus, Esq.
6                                         Assistant United States Attorney
7                                         Eastern District of California
8
9                                         /s/ Philip Cozens_____
10                                        Philip Cozens
11                                        Attorney for Defendant Robert McGee

## ORDER

13     The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Conference currently scheduled for June 16, 2015 at 9:15 a.m. in Judge Mendez's Court be re-scheduled for July 21, 2015 at 9:15 a.m. in Judge Mendez's Court.  Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time will be excluded from speedy trial calculations from June 16, 2015 through and including July 21, 2015.

Dated: 6/12/2015

                                         /s/ John A. Mendez_____
                                         John A. Mendez
                                         United States District Court Judge
                                         Eastern District of California