1  Philip Cozens, State Bar Number 84051
2  1007 Seventh Street, Suite 500
3  Sacramento, CA   95814
4
5  Telephone: (916) 443-1504
6
7  Fax: (916) 443-1511
8  Email: pcozens@aol.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-173 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION RE STATUS |
| | ) | CONFERENCE AND |
| v. | ) | ORDER |
| | ) | |
| ROBERT MCGEE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Sheri Haus, Esq. and Defendant Robert McGee through his attorney Philip Cozens, Esq., that:

The Status Conference currently scheduled for September 15 2015 at 9:15 a.m. in Judge Mendez's Court be re-scheduled for September 22, 2015 at 9:15 a.m. in Judge Mendez's Court. The stipulated continuance is necessary because Defendant Robert McGee's attorney injured his back and such injury prevented Defendant's attorney from meeting with Defendant to discuss his case and the proposed plea agreement.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time should be excluded from speedy trial calculations from September 15, 2015 through and including September 22, 2015.

It is so stipulated.

Dated: September 14, 2015                /s/ Sheri Haus, Esq._____
                                         Sheri Haus, Esq.
                                         Assistant United States Attorney
                                         Eastern District of California


                                         /s/ Philip Cozens_____
                                         Philip Cozens
                                         Attorney for Defendant Robert McGee

### ORDER

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Conference currently scheduled for September 15, 2015 at 9:15 a.m. in Judge Mendez's Court be re-scheduled for September 22, 2015 at 9:15 a.m. in Judge Mendez's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from September 15, 2015 through and including September 22, 2015.

Dated:  9/14/2015


                                         /s/ John A. Mendez_____
                                         John A. Mendez
                                         United States District Court Judge
                                         Eastern District of California