1  Philip Cozens, State Bar Number 84051
2  1007 Seventh Street, Suite 500
3  Sacramento, CA   95814
4
5  Telephone: (916) 443-1504
6
7  Fax: (916) 443-1511
8  Email: pcozens@aol.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-173 GEB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION RE STATUS |
| | ) | CONFERENCE AND PROPOSED |
| v. | ) | ORDER |
| | ) | |
| ROBERT MCGEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Sheri Haus, Esq. and Defendant Robert McGee through his attorney Philip Cozens, Esq., that:

The Status Conference currently scheduled for April 22, 2016 at 9:00 a.m. in Judge Burrell's Court be re-scheduled for June 3, 2016 at 9:00 a.m. in Judge Burrell's Court.  The stipulated continuance is necessary because Defendant Robert McGee's attorney has scheduled his opportunity to review the seized evidence in the custody of the investigating officer, but such appointment is after the scheduled status conference.  It is necessary for Defendant's attorney to review the evidence prior to the discussion of a plea agreement.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.

Time should be excluded from speedy trial calculations from April 22, 2016 through and including June 3, 2016.

It is so stipulated.

Dated: April 20, 2016         /s/ Sheri Haus, Esq._____
                              Sheri Haus, Esq.
                              Assistant United States Attorney
                              Eastern District of California


                              /s/ Philip Cozens_____
                              Philip Cozens
                              Attorney for Defendant Robert McGee

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Conference currently scheduled for April 22, 2016 at 9:00 a.m. in Judge Burrell's Court be re-scheduled for June 3, 2016 at 9:00 a.m. in Judge Burrell's Court.  Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time will be excluded from speedy trial calculations from April 22, 2016 through and including June 3, 2016.

Dated:  April 21, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge