PHILLIP A. TALBERT
Acting United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PATTON MCGEE,<br><br>Defendant. | CASE NO. 2:14-CR-173-GEB<br><br>STIPULATION REGARDING CONTINING STATUS CONFERENCE AND [PROPOSED] FINDINGS AND ORDER<br><br>DATE: June 3, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 3, 2016 (ECF No. 46).

2. By this stipulation, defendant now moves to continue the status conference until July 29, 2016, and to exclude time between June 3, 2016, and July 29, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes material seized from the Defendant's home, including digital devices. This discovery has been made available to defense counsel for inspection.

    b) Counsel for defendant desires additional time to review this material, to conduct additional investigation and research related to the charges, to discuss potential resolutions with

his client, and to otherwise prepare for trial.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 3, 2016 to July 29, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 1, 2016                                       PHILLIP A. TALBERT
                                                                           Acting United States Attorney

                                                                           /s/ JEREMY J. KELLEY
                                                                           JEREMY J. KELLEY
                                                                           Assistant United States Attorney

Dated: June 1, 2016                                       /s/ PHILIP COZENS
                                                                           PHILIP COZENS
                                                                           Counsel for Defendant
                                                                           ROBERT PATTON MCGEE

**[PROPOSED] FINDINGS AND ORDER**

The Court, having read and considered the above-stipulation, orders the status conference scheduled for June 3, 2016, continued to July 29, 2016. The Court further finds the ends of justice served in continuing the status conference outweigh the Defendant's and the public's interest in a speedy trial. Time between June 3, 2016, and July 29, 2016, inclusive, shall be excluded from speedy trial calculations under Local Code T4.

IT IS SO FOUND AND ORDERED.

Dated: June 7, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge