Philip Cozens, State Bar Number 84051
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504

Fax: (916) 443-1511
Email: pcozens@aol.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-173 GEB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION RE STATUS |
| | ) | CONFERENCE AND PROPOSED |
| v. | ) | ORDER |
| | ) | |
| ROBERT MCGEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Jeremy Kelley , Esq. and Defendant Robert McGee through his attorney Philip Cozens, Esq., that:

The Status Conference currently scheduled for July 29, 2016 at 9:00 a.m. in Judge Burrell's Court be re-scheduled for August 26, 2016 at 9:00 a.m. in Judge Burrell's Court.  The stipulated continuance is necessary because Defendant Robert McGee's attorney requires additional time to review the discovery in the case and confer with Defendant.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time should be excluded from speedy trial calculations from July 29, 2016 through and including August 26, 2016.

It is so stipulated.

STIPULATION RE STATUS CONFERENCE AND PROPOSED ORDER                    Page 1

1   Dated: July 28, 2016                    /s/ Jeremy Kelley, Esq._____

2                                           Jeremy Kelley, Esq.

3                                           Assistant United States Attorney

4                                           Eastern District of California

5

6                                           /s/ Philip Cozens_____

7                                           Philip Cozens

8                                           Attorney for Defendant Robert McGee

9                                    **ORDER**

10          The court, having read and considered the above-stipulation and finding good

11   cause therefore, orders that the Status Conference currently scheduled for July 29, 2016  at 9:00

12   a.m. in Judge Burrell's Court be re-scheduled for August 26, 2016 at 9:00 a.m. in Judge

13   Burrell's Court.  Time is excluded for defense attorney preparation pursuant to Local Code T4

14   and the court finds the ends of justice outweigh the Defendant's and the  public's interest in a

15   speedy trial.  Time will be excluded from speedy trial calculations from July 29, 2016 through

16   and including August 26, 2016.

17

18   Dated:  July 28, 2016

19

20

21                                          _____
                                            GARLAND E. BURRELL, JR.
                                            Senior United States District Judge

STIPULATION RE STATUS CONFERENCE AND PROPOSED ORDER                    Page 2