Philip Cozens, State Bar Number 84051
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504

Fax: (916) 443-1511
Email: pcozens@aol.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-173 GEB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION RE STATUS |
| | ) | CONFERENCE AND PROPOSED |
| v. | ) | ORDER |
| | ) | |
| ROBERT MCGEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Jeremy Kelley , Esq. and Defendant Robert McGee through his attorney Philip Cozens, Esq., that:

The Status Conference currently scheduled for August 26, 2016 at 9:00 a.m. in Judge Burrell's Court be re-scheduled for October 7, 2016 at 9:00 a.m. in Judge Burrell's Court. The stipulated continuance is necessary because Defendant Robert McGee's attorney requires additional time to review the discovery in the case and confer with Defendant regarding the pending plea agreement.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time should be excluded from speedy trial calculations from August 26, 2016 through and including October 7, 2016.

It is so stipulated.

Dated: August 25, 2016        /s/ Jeremy Kelley, Esq.
                              Jeremy Kelley, Esq.
                              Assistant United States Attorney
                              Eastern District of California


                              /s/ Philip Cozens
                              Philip Cozens
                              Attorney for Defendant Robert McGee

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Conference currently scheduled for August 26, 2016 at 9:00 a.m. in Judge Burrell's Court be re-scheduled for October 7, 2016 at 9:00 a.m. in Judge Burrell's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from August 26, 2016 through and including October 7, 2016.

Dated: August 25, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge