1   PHILLIP A. TALBERT
    Acting United States Attorney
2   JEREMY J. KELLEY
    Assistant U. S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            2:14-CR-00173-GEB

12                  Plaintiff,           PRELIMINARY ORDER OF
                                         FORFEITURE
13          v.

14  ROBERT PATTON MCGEE,

15                  Defendant.

16

17          Based upon the plea agreement entered into between plaintiff United States of America and

18  defendant Robert Patton McGee, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

19          1.      Pursuant to 18 U.S.C. § 2253, defendant Robert Patton McGee's interest in the following

20  property shall be condemned and forfeited to the United States of America, to be disposed of according to

21  law:

22                  a.  One HP laptop, serial #CNF9413HYP;
                    b.  One black Dell laptop, serial number not readable;
23                  c.  One HP tower computer, serial number MXU9030FXS;
                    d.  One Dell laptop, serial number 1D473312Q; and
24                  e.  A plastic tub containing possible child erotica and adult pornography, printed images
                        with floppy disks.
25

26          2.      The above-listed property was used or intended to be used to commit or to promote the

27  commission of violation of 18 U.S.C. § 2252.

28          3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize

                                                    1

                                                        Preliminary Order of Forfeiture

the above-listed property.  The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4.      a.      Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.      This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

SO ORDERED.

Dated:  October 17, 2016


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2