PHILLIP A. TALBERT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-173-GEB |
| Plaintiff, | STIPULATION REGARDING CONTINING JUDGMENT AND SENTENCING AND [PROPOSED] ORDER |
| v. | |
| ROBERT PATTON MCGEE, | DATE: February 24, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The defendant pleaded guilty in this matter on October 7, 2017. ECF Nos. 54–56.

2. This matter is currently set for judgment and sentencing on February 24, 2017. ECF No. 60.

3. The defendant needs additional time to prepare his formal objections to the Presentence Report and to otherwise prepare for a sentencing hearing.

4. A stipulation and proposed order was filed on February 17, 2017, requesting a continuance of the judgment and sentencing. ECF No. 63. By this stipulation, the parties move to withdraw the previously filed stipulation and proposed order, and proceed upon the current stipulation and proposed order for a continuance.

5. The parties agree and stipulate, and request that the Court order the following schedule:

    a) Motions to Correct the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than March 3, 2017.

    b) Any Reply or Statement of Non-Opposition shall be filed no later than March 17, 2017.

    c) The Judgement and Sentencing shall be scheduled for March 31, 2017.

IT IS SO STIPULATED.

Dated: February 17, 2017       PHILLIP A. TALBERT
                                         United States Attorney

                                         /s/ JEREMY J. KELLEY
                                         JEREMY J. KELLEY
                                         Assistant United States Attorney

Dated: February 17, 2017      /s/ PHILIP COZENS
                                         PHILIP COZENS
                                         Counsel for Defendant
                                         ROBERT PATTON MCGEE

### [PROPOSED] ORDER

The Court, having read and considered the above-stipulation, orders the judgment and sentencing hearing currently scheduled for February 24, 2017, continued to March 31, 2017, and adopts the briefing schedule proposed by the parties in the stipulation.

IT IS SO FOUND AND ORDERED.

Dated: February 17, 2017

                                         GARLAND E. BURRELL, JR.
                                         Senior United States District Judge