PHILLIP A. TALBERT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-173-GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUING JUDGMENT AND SENTENCING AND [PROPOSED] ORDER |
| v. | |
| ROBERT PATTON MCGEE, | DATE: March 31, 2017
TIME: 9:00 a.m.
COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The defendant pleaded guilty in this matter on October 7, 2017. ECF Nos. 54–56.

2. This matter is currently set for judgment and sentencing on March 31, 2017. ECF No. 65.

3. The matter was previously continued to allow the defendant additional time to prepare his formal objections to the Presentence Report and to otherwise prepare for a sentencing hearing. ECF Nos. 64, 65.

4. The defendant filed a thirty-eight page Objections to Guidelines Calculations and Sentencing Memorandum on March 3, 2017. ECF No. 66. The defendant also filed supplemental material on March 16, 2017. ECF No. 67.

5. Counsel for government needs additional time to respond to the objections. Counsel for government has also experienced a death in the family, which will make him unavailable for judgement and sentencing on March 31, 2017.

6. Based upon the foregoing, the parties agree and stipulate, and request that the Court continue the defendant's judgment and sentencing, and order the following schedule:

    a) The United States' reply to the defendant's motion and the United States' sentencing memorandum shall be filed no later than March 31, 2017.

    b) The Judgement and Sentencing shall be scheduled for April 14, 2017.

IT IS SO STIPULATED.

Dated: March 17, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ JEREMY J. KELLEY
JEREMY J. KELLEY
Assistant United States Attorney

Dated: March 17, 2017

/s/ PHILIP COZENS
PHILIP COZENS
Counsel for Defendant
ROBERT PATTON MCGEE

**[PROPOSED] ORDER**

The Court, having read and considered the above-stipulation, orders the judgment and sentencing hearing currently scheduled for March 31, 2017, continued to April 14, 2017.  The United States' sentencing memorandum and reply to the defendant's objections to the presentence report shall be filed on or before March 31, 2017.

IT IS SO FOUND AND ORDERED.

Dated:  March 21, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING CONTINUING JUDGEMENT
AND SENTENCING AND PROPOSED ORDER

3